THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SONNY JOYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVKSY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>Defendants. | CLASS ACTION<br><br>Case No.: 2:22-cv-00617-JHC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 17, 2022** |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>Defendants. | CLASS ACTION<br><br>Case No.: 2:22-cv-00934-JHC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS**<br><br>**NOTE ON MOTION CALENDAR: Noticed for same-day motion under Local Civil Rule 7(d)(1) in Case No.: 2:22-cv-00617-JHC** |

STIPULATION
(CASE NOS. 2:22-CV-00617-JHC,
2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

| | |
|---|---|
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, Individually and On Behalf of All Others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>Defendants. | CLASS ACTION<br><br>Case No.: 2:22-cv-00950-JHC<br><br><br>**STIPULATED MOTION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS**<br><br>**NOTE ON MOTION CALENDAR: Noticed for same-day motion under Local Civil Rule 7(d)(1) in Case No.: 2:22-cv-00617-JHC** |

STIPULATION
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

**WHEREAS**, on May 6, 2022, the above-captioned putative securities class action *Joyce v. Amazon.com, Inc.*, 2:22-cv-00617 ("*Joyce*") was filed against Defendants Amazon.com, Inc. ("Amazon"), Andrew R. Jassy ("Jassy"), Jeffrey P. Bezos, Brian T. Olsavsky ("Olsavsky"), David A. Zapolsky, and Nate Sutton, asserting claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") (*Joyce* Dkt. No. 1);

**WHEREAS**, the claims alleged in *Joyce* arise from alleged misrepresentations and omissions concerning Amazon's alleged use of third-party seller data (the "Third Party Seller Allegations"), and allege a putative Class Period of February 1, 2019 through April 4, 2022, inclusive (*Joyce* Dkt. No. 1);

**WHEREAS**, on May 31, 2022, the parties in *Joyce* filed a stipulation concerning deadlines for filing an amended or consolidated complaint, and deadlines for Defendants to respond to any amended or consolidated complaint (*Joyce* Dkt. No. 5), which the Court approved on June 1, 2022 (*Joyce* Dkt. No. 11);

**WHEREAS**, on June 28, 2022, the putative securities class action *CWA Local 1180 Members' Annuity Fund v. Amazon.com, Inc.*, 2:22-cv-00907 ("*CWA Local*") was filed against the same Defendants as named in *Joyce*, asserting Section 10(b) claims under the Exchange Act and asserting the same Third Party Seller Allegations asserted in *Joyce*, as well as additional Section 10(b) claims relating to the capacity of Amazon's fulfillment network (the "Capacity Allegations"), and alleging a putative Class Period of February 1, 2019 through April 28, 2022, inclusive (*CWA Local* Dkt. No. 1);

**WHEREAS**, on June 30, 2022, Plaintiff in *CWA Local* filed a Notice of Voluntary Dismissal of that action (*CWA Local* Dkt. No. 10);

**WHEREAS**, on July 6, 2022, the above-captioned putative securities class action *Asbestos Workers Philadelphia Welfare and Pension Fund v. Amazon.com, Inc., et al.*, 2:22-cv-00934-JHC ("*Asbestos Workers*") was filed against Defendants Amazon, Jassy, Olsavsky, and David Fildes, asserting Section 10(b) claims under the Exchange Act (*Asbestos Workers* Dkt. No. 1), arising from

STIPULATION - 1
(CASE NOS. 2:22-CV-00617-JHC,
  2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

the Capacity Allegations previously asserted in *CWA Local*, and alleging a putative Class Period of July 30, 2021 through April 28, 2022, inclusive (*Asbestos Workers* Dkt. No. 1);

**WHEREAS**, on July 6, 2022, counsel for Plaintiff in *Asbestos Workers* published a notice, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), advising members of the putative class in *Asbestos Workers* of a September 6, 2022 deadline to seek appointment as Lead Plaintiff in that action (the "Notice of Pendency");

**WHEREAS,** on July 8, 2022, the above-captioned putative securities class action *Detectives Endowment Association Annuity Fund v. Amazon.com, Inc., et al.*, 2:22-cv-0095-JHC ("*Detectives*") (together with *Joyce* and *Asbestos Workers*, the "Related Actions") was filed against the same Defendants as named in *Asbestos Workers*, asserting Section 10(b) claims premised on the Capacity Allegations under the Exchange Act (*Detectives* Dkt. No. 1);

**WHEREAS,** on July 22, 2022, pursuant to the PSLRA, the Court entered an Order appointing Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd. as Lead Plaintiffs in *Joyce* (*Joyce* Dkt. No. 55);

**WHEREAS,** the parties agree that the Related Actions allege violations of the same law, Section 10(b) and 20(a) of the Exchange Act; share some defendants in common (namely, Amazon, Jassy, and Olsavsky); and reflect overlap in the alleged putative Class Periods and thus members (*i.e.* July 31, 2021 to April 4, 2022, inclusive), which supports the consolidation of the Related Actions (without prejudice to Defendants' position that the Third-Party Seller Allegations and Capacity Allegations reflect distinct theories of alleged fraud);

**WHEREAS,** the parties agree that consolidation is warranted under Federal Rule of Civil Procedure ("F.R.C.P.") 42(a) and will benefit the Court and the parties involved by decreasing the amount of duplicative discovery, research, and motions practice that would result if the Related Actions proceeded independently;

**WHEREAS**, the parties agree that, upon consolidation of the Court of the Related Actions, Lead Plaintiffs will file a consolidated amended complaint that will include both the Third Party Seller Allegations and the Capacity Allegations;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, and subject to Court approval, that:

1. Pursuant to F.R.C.P. 42(a), the Related Actions (*Joyce*, *Asbestos Workers*, and *Detectives*) are hereby consolidated for all purposes.  All claims alleged therein shall proceed under the leadership of the Lead Plaintiffs previously appointed in the *Joyce* Action.

2. These actions shall be referred to herein as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court which arises from the Third Party Seller Allegations or the Capacity Allegations, or substantially similar allegations, as in the Consolidated Action.

3. The Notice of Pendency of *Asbestos Workers* is hereby vacated.  No further appointment of Lead Plaintiff(s) pursuant to the PSLRA is warranted in *Asbestos Workers*, *Detectives*, or any other case that is subsequently filed in this Court that arises from the Third Party Seller Allegations or the Capacity Allegations, or substantially similar allegations, as the Consolidated Action.

4. The deadlines for Lead Plaintiffs to file, in the Consolidated Action, a consolidated amended complaint consistent with the parties' agreements set forth in this Stipulated Motion, and for Defendants to respond to such complaint, shall be the deadlines set in this Court's order of June 1, 2022 (*Joyce* Dkt. No. 11).

STIPULATION - 3
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

**BRESKIN, JOHNSON & TOWNSEND, PLLC**

*/s/ Roger M. Townsend*

Roger M. Townsend (WSBA #25525)
rtownsend@bjtlegal.com
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-290

*Local Counsel for Universal-Investment-Gesellschaft mbH and Universal-Investment-Luxembourg S.A.*

| **MOTLEY RICE LLC** | **POMERANTZ LLP** |
|---|---|
| */s/ Gregg S. Levin* | */s/ Jeremy A. Lieberman* |
| Gregg S. Levin | Jeremy A. Lieberman |
| glevin@motleyrice.com | jalieberman@pomlaw.com |
| Joshua C. Littlejohn | J. Alexander Hood II |
| jlittlejohn@motleyrice.com | ahood@pomlaw.com |
| Christopher F. Moriarty | 600 Third Avenue |
| cmoriarty@motleyrice.com | New York, New York 10016 |
| 28 Bridgeside Blvd. | Telephone: (212) 661-1100 |
| Mt. Pleasant, SC 29464 | Facsimile: (212) 661-8665 |
| Telephone: (843) 216-9000 | |
| Facsimile: (843) 216-9450 | **POMERANTZ LLP** |
| | Orly Guy |
| *Counsel for Universal-Investment-Gesellschaft mbH and Universal-Investment-Luxembourg S.A. and Co-Lead Counsel for the Class in Joyce* | oguy@pomlaw.com |
| | Eitan Lavie |
| | eitan@pomlaw.com |
| | Ariel Shannon 4, 34th Floor |
| | Givatayim, Israel 5320047 |
| | Telephone: +972 (0) 3 624 0240 |
| | Facsimile: +972 (0) 3 624 0111 |
| | |
| | *Counsel for Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd. and Co-Lead Counsel for the Class in Joyce* |

STIPULATION - 4
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

**BADGLEY MULLINS TURNER PLLC**
*/s/ Duncan C. Turner*

Duncan C. Turner, WSBA No. 20597
dturner@badgleymullins.com
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566

*Local Counsel for Menora Mivtachim
Insurance Ltd., Menora Mivtachim
Pensions and Gemel Ltd., The Phoenix
Insurance Company, Ltd., and The Phoenix
Provident Pension Fund Ltd.*

**TOUSLEY BRAIN STEPHENS PLLC**
/s/ *Kim D. Stephens*

Kim D. Stephens, P.S., WSBA #11984
Cecily C. Jordan, WSBA #50061
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600
Fax: (206) 682-2992
kstephens@tousley.com
cjordan@tousley.com
*Counsel for the Detectives Endowment
Association Annuity Fund*

**BARRACK, RODOS & BACINE**
STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA 92101
sbasser@barrack.com
sward@barrack.com
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

-and-

**BARRACK, RODOS & BACINE**
JEFFREY A. BARRACK
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
E-mail: jbarrack@barrack.com
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Counsel for the Detectives Endowment
Association Annuity Fund*

STIPULATION - 5
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

**BYRNES KELLER CROMWELL LLP**

*/s/ John A. Tondini*

John A. Tondini, WSBA #19092
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email:  jtondini@byrneskeller.com

*Liaison Counsel for Plaintiff Asbestos Workers
Philadelphia Welfare and Pension Fund*

**FENWICK & WEST LLP**

*/s/ Brian D. Buckley*

Brian D. Buckley, WSBA No. 26423
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Email: bbuckley@fenwick.com

*Attorneys for Defendants*

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

Avi Josefson
avi@blbglaw.com
Adam Hollander
adam.hollander@blbglaw.com
Scott R. Foglietta
scott.foglietta@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff Asbestos Workers
Welfare and Philadelphia Pension Fund*

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**

Daniel J. Kramer (admitted *pro hac vice*)
Audra J. Soloway (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  212.373.3000
Email: dkramer@paulweiss.com
        asoloway@paulweiss.com
        dsinnreich@paulweiss.com

Martha L. Goodman (admitted *pro hac vice*)
2001 K Street NW
Washington, DC 20006
Telephone: 202.223.7341
Email: mgoodman@paulweiss.com

*Attorneys for Defendants*

**SO ORDERED.**

Dated this _____ day of _____, 2022.

_____
THE HONORABLE JOHN H. CHUN

STIPULATION - 6
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)